**E-Filed 10/28/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN A. ROMAYOR,<br><br>    Plaintiff,<br><br>v.<br><br>DEBORAH HOLLAND, EXECUTIVE VICE PRESIDENT AT PUBLISHERS CLEARINGHOUSE,<br><br>    Defendant. | Case No. 5:10-cv-00091-JF (PVT)<br><br>ORDER[1] DISMISSING CASE WITHOUT LEAVE TO AMEND |

On August 23, 2010, this Court dismissed the first amended complaint of Plaintiff John Romayor for failure to state a claim upon which relief may be granted. The Court concluded that the allegations of Romayor's fraud claim did not meet the particularity requirements of Fed. R. Civ. P 9(b). In light of Romayor's *pro se* status, the Court granted Romayor a final opportunity to amend his complaint. The amended complaint was due on September 22, 2010, thirty days after the date of the order.

A plaintiff's failure to file an amended complaint within the time permitted by the Court results in dismissal for failure to prosecute. Fed. R. Civ. P. 41(b) (providing that failure to prosecute or comply with a court order will lead to dismissal). Romayor failed to file an amended complaint within the time allotted in the Court's order of August 23, 2010. Romayor did send several documents to the Court with a postmark of October 20, 2010. These documents

---

[1] This disposition is not designated for publication in the official reports.

include a motion in response to a separate Court order dated June 24, 2010, which denied his motion for summary judgment and extended the time within which to file a first amended complaint; letters addressed to the Court discussing his disabilities; a copy of Magistrate Judge Trumbull's order of January 20, 2010, reassigning the case to this Court and recommending dismissal with leave to amend; and copies of several other documents Romayor received from Defendant prior to the commencement of the instant case.[2]  The Court has reviewed these documents and concludes that they would fail to state a claim even if they had been timely filed. Accordingly, the instant case will be dismissed without leave to amend for failure to comply with the Court's order dated August 23, 2010.

**ORDER**

Good cause therefor appearing, the instant action is DISMISSED WITHOUT LEAVE TO AMEND.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/28/2010

_____
JEREMY FOGEL
United States District Judge

---

[2] The clerk shall file a copy of these documents as a single exhibit entitled "Documents submitted to the Court on October 20, 2010."

2

Case No. 5:10-cv-00091-JF (PVT)
ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND
(JFEX2)

1  Copies of Order served on:
2
3  Mr. John Romayor
4  2032 Southwest Expressway Apt. 49
   San Jose, CA, 95126
5
6  Ms. Deborah Holland
7  101 Winners Circle
   Port Washington, NY 11050
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 5:10-cv-00091-JF (PVT)
ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND
(JFEX2)